RECEIVED
NOV 1 5 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
MONROE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| MERRYN M. MUTELO | CIVIL ACTION NO. 05-1089 |
| VERSUS | JUDGE ROBERT G. JAMES |
| ALBERT GONZALES, ET AL. | MAGISTRATE JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein and in light of the Government's November 10, 2005 Notice of Removal,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner's Motion for Termination of Detention and Release [Doc. No. 12] and his motion for immediate release [Doc. No. 17] are DENIED, and his Petition for Writ of Habeas Corpus [Doc. No. 1] is DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Monroe, Louisiana, on this 15 day of November, 2005.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE